UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**Chambless Enterprises LLC; Apartment Association of Louisiana,** )
)
)
v. )
)
**Centers for Disease Control, et al.** )

Case No. **3:20-cv-1455**

Corporate Disclosure Statement

    Pursuant to the Corporate Disclosure Statement provisions in Local Rule 5.6: Any non-governmental corporate party to an action in this court shall file a statement identifying all its parent corporations and any publicly traded company that owns 10 percent or more of the party's stock, unless such filing is waived by the presiding judge. A party shall file the statement as soon as practicable and in no event later than the preliminary conference or the scheduled hearing date for any dispositive motion, whichever is earlier. A party shall supplement the statement within a reasonable time of any relevant change in the information. Nothing herein is intended to require the disclosure of confidential information except in camera to the judge.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Chambless Enterprises LLC; and Apartment Association of Louisiana, Inc.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   _____ Yes    __x__ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes    __x__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

s/ JAMES C. RATHER, JR.    11/12/2020

(Signature of Counsel)    (Date)