IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
Monroe Division

| | |
|---|---|
| CHAMBLESS ENTERPRISES LLC; and APARTMENT ASSOCIATION OF LOUISIANA, <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION; ROBERT R. REDFIELD, in his official capacity as Director, Centers for Disease Control and Prevention; NINA B. WITKOFSKY, in her official capacity as Acting Chief of Staff, Centers for Disease Control and Prevention; DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> Defendants. | Case No. 3:20-cv-01455 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Karen L Hayes <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

This matter came before the Court pursuant to Plaintiffs' Motion for Preliminary Injunction. The Court considered the following:

1. Plaintiffs' Motion for Preliminary Injunction and related Declarations from Plaintiffs.
2. Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction and related supporting documentation.
3. Plaintiffs' Reply in Support of their original motion.
4. The presentation of oral argument on _____

Having been fully advised on the matter herein,

It is hereby ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED.

**IT IS ORDERED:**

Signed this _____ day of _____, 2020.

_____
Terry A. Doughty
United States District Judge