IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHAMBLESS ENTERPRISES LLC; and APARTMENT ASSOCIATION OF LOUISIANA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION; ROBERT R. REDFIELD, in his official capacity as Director, Centers for Disease Control and Prevention; NINA B. WITKOFSKY, in her official capacity as Acting Chief of Staff, Centers for Disease Control and Prevention; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; DEPARTMENT OF HEALTH AND HUMAN SERVICES; WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> Defendants. | Case No. 3:20-cv-01455-TAD-KLH <br><br> JUDGE TERRY A. DOUGHTY <br><br> MAGISTRATE JUDGE KAREN L. HAYES |

## ORDER

**IT IS ORDERED** upon consideration of Plaintiffs' Unopposed Motion for Leave to File Excess Pages in Their Reply in Support of Their Motion for Preliminary Injunction, the motion is GRANTED. Plaintiffs may file a reply brief of no more than 20 pages in support of their motion for preliminary injunction.

Monroe, Louisiana, this ___ day of _____, 2020.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**