**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

CHAMBLESS ENTERPRISES LLC, *et al.*,

    Plaintiffs,

      v.

ROBERT REDFIELD, *et al.*,

    Defendants.

Case No. 3:20-cv-1455-TAD-KDM

Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

**PLAINTIFFS' APPEAL FROM ORDER OF MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure Rule 72 and Local Rule 74.1, Plaintiffs, Chambless Enterprises, LLC, and the Apartment Association of Louisiana, Inc., herein object to the Magistrate Judge's order issued in this case on April 19, 2021, included as Exhibit A. The Magistrate granted Defendants' motion to stay District Court proceedings in this matter, notwithstanding Plaintiffs' objection that a stay will be prejudicial and is not in the interest of justice. A copy of Plaintiffs' opposition to Defendants' motion to stay is included as Exhibit B.

The Magistrate's decision staying District Court proceedings was clearly erroneous and contrary to law. Accordingly, Plaintiffs object to the Magistrate's decision and renew their request that this Court should direct Defendants to produce the administrative record in this case. Plaintiffs further state their reasons for appealing the Magistrate's decision in the attached Memorandum in Support of Plaintiffs' Appeal of Magistrate's Order Staying Trial Court Proceedings, included as Exhibit C.

DATED: May 3, 2021.

Respectfully submitted,

/s/ Steven M. Simpson
STEVEN M. SIMPSON*
DC Bar No. 462553
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
Tel: (202) 888-6881
SSimpson@pacificlegal.org

/s/ James C. Rather, Jr.
JAMES C. RATHER, JR.
Louisiana Bar No. 25839
ALKER & RATHER, LLC
4030 Lonesome Rd., Suite B
Mandeville, LA 70448
Tel: (985) 727-7501
JRather@alker-rather.com

LUKE A. WAKE*
DC Bar No. 1009181
ETHAN W. BLEVINS*
Washington State Bar No. 48219
HANNAH SELLS MARCLEY*
Washington State Bar No. 52692
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Tel: (916) 419-7111
Fax: (916) 419-7747
LWake@pacificlegal.org
EBlevins@pacifclegal.org
HMarcley@pacificlegal.org
*Pro hac vice

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2021, I electronically filed the foregoing document with the

Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of

record.

DATED:  May 3, 2021.

/s/ Steven M. Simpson
STEVEN M. SIMPSON