UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHAMBLESS ENTERPRISES L L C ET AL | CASE NO. 3:20-CV-01455 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ROBERT REDFIELD ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

## NOTICE OF MOTION SETTING

Please take notice that the Appeal of Magistrate Judge Decision (Document No. 53) filed by Apartment Association of Louisiana Inc, Chambless Enterprises L L C on May 3, 2021 has been set before the Honorable Terry A. Doughty.

### Deadlines

Any party may file a memorandum in opposition to the motion by May 25, 2021. The movant may **file a reply memorandum** within **(seven (7) days** after the opposition to the motion is filed. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Required

An electronic copy of the motion and memoranda only shall be e-mailed in Word Format to: Doughty_motions@lawd.uscourts.gov. If attachments are 15 pages or less, they may also be e-mailed. If attachments exceed 15 pages, paper copies shall be provided to chambers:

> Hon. Terry A. Doughty
> United States District Judge
> 201 Jackson Street, Suite 215
> Monroe, Louisiana 71201

**DATE OF NOTICE: May 4, 2021**

> TONY R. MOORE
> CLERK OF COURT