# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 03, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30037   Chambless Enterprises v. Walensky
                 USDC No. 3:20-CV-1455

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Whitney M. Jett, Deputy Clerk
                      504-310-7772

Mr. Afnan Akram
Ms. Davida Finger
Ms. Alisa Beth Klein
Mr. Tony R. Moore
Mr. James Clark Rather Jr.
Mr. Steven M. Simpson
Mr. Brian James Springer
Ms. Leslie Cooper Vigen
Mr. Luke A. Wake
Mr. David Holman Williams
Ms. Dayna Zolle

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30037
_____

Chambless Enterprises, L.L.C.; Apartment Association of Louisiana, Incorporated,

*Plaintiffs—Appellants*,

*versus*

Rochelle Walensky; Sherri Berger; United States Department of Health and Human Services; Merrick Garland, U.S. Attorney General; Xavier Becerra, Secretary, U.S. Department of Health and Human Services; Center for Disease Control and Prevention,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:20-CV-1455
_____

ORDER:

IT IS ORDERED that the unopposed motion of American Academy of Pediatrics, American Medical Association, Center for Health Policy and Law at Northeastern University School of Law, Children's Healthwatch, George Consortium, GLMA, Health Professionals Advancing LGBTQ Equality, Louisiana Fair Housing Action Center, National Hispanic Medical Association, National Medical Association, Public Health Law

No. 21-30037

Watch, Emily A. Benfer, Kim M. Blankenship, Katherine L. Chen, Matthew Desmond, Gregg Gonsalves, Peter Hepburn, Danya E. Keene, Kathryn M. Leifheit, Michael Z. Levy, Sabriya A. Linton, Craig E. Pollack, Julia Raifman, Gabriel L. Schwartz and David Vlahov, to file an amici brief in support of the Defendants – Appellees is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Southeast Louisiana Legal Services, Acadiana Legal Service Corporation, Southern Poverty Law Center and National Housing Law Project, to file an amici brief in support of the Defendants – Appellees is GRANTED.

_____
STEPHEN A. HIGGINSON
*United States Circuit Judge*

2