UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHAMBLESS ENTERPRISES, LLC, ET AL. | CIVIL ACTION NO: 3:20-cv-01455 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ROBERT REDFIELD, ET AL. | MAG. JUDGE KAYLA MCCLUSKY |

**MEMORANDUM ORDER**

Pending before the Court is an Appeal of Magistrate Judge Decision filed by Plaintiffs [Doc. No. 53]. Plaintiffs appeals Magistrate Judge McClusky's April 19, 2021 Memorandum Order [Doc. No. 52] granting Defendants' Motion to Stay these proceedings pending the Fifth Circuit's review of the denial of the preliminary injunction [Doc. No. 44].

A magistrate judge's non-dispositive pretrial order is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Following a review of the record, the Court finds that the Magistrate Judge's Memorandum Order is neither clearly erroneous nor contrary to the law.[1] Accordingly,

**IT IS ORDERED** that Plaintiffs' appeal [Doc. No. 53] is **DENIED**, and Magistrate Judge McClusky's Order [Doc. No. 52] is **AFFIRMED**.

MONROE, LOUISIANA, this 2nd day of June, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] Even if the Court were to apply the *de novo* review standard, the Court would reach the same decision.