# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

August 27, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30037   Chambless Enterprises v. Walensky
                     USDC No. 3:20-CV-1455

Enclosed is an order entered in this case.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   */s/ Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Afnan Akram
Ms. Danielle Davis
Mr. Eric Gregory Dunn
Ms. Davida Finger
Ms. Alisa Beth Klein
Mr. Christopher McGreal
Mr. Tony R. Moore
Mr. James Clark Rather, Jr.
Mr. Steven M. Simpson
Mr. Brian James Springer
Ms. Leslie Cooper Vigen
Mr. Luke A. Wake
Mr. David Holman Williams
Ms. Dayna Zolle

# United States Court of Appeals for the Fifth Circuit

───────────

No. 21-30037

───────────

Chambless Enterprises, L.L.C.; Apartment Association of Louisiana, Incorporated,

*Plaintiffs—Appellants,*

versus

Rochelle Walensky; Sherri Berger; United States Department of Health and Human Services; Merrick Garland, U.S. Attorney General; Xavier Becerra, Secretary, U.S. Department of Health and Human Services; Centers for Disease Control and Prevention,

*Defendants—Appellees.*

───────────

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:20-CV-1455

───────────

ORDER:

    IT IS ORDERED that appellants' opposed motion for injunction pending appeal is GRANTED. *See Alabama Ass'n of Realtors v. U.S. Dep't of Health & Human Services*, No. 21A23, 2021 WL 3783142 (U.S. Aug. 26, 2021).

                            LYLE W. CAYCE, CLERK
                           United States Court of Appeals
                                for the Fifth Circuit
                                  /s/ Lyle W. Cayce
       ENTERED AT THE DIRECTION OF THE COURT