# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

September 21, 2021

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 21-30037   Chambless Enterprises v. Walensky
                           USDC No. 3:20-CV-1455

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk
                                        504-310-7689

cc w/encl:
    Mr. Afnan Akram
    Ms. Danielle Davis
    Mr. Eric Gregory Dunn
    Ms. Davida Finger
    Ms. Alisa Beth Klein
    Mr. Christopher McGreal
    Mr. James Clark Rather, Jr.
    Mr. Steven M. Simpson
    Mr. Brian James Springer
    Ms. Leslie Cooper Vigen
    Mr. Luke A. Wake
    Mr. David Holman Williams
    Ms. Dayna Zolle

# United States Court of Appeals
# for the Fifth Circuit

———————

No. 21-30037

———————

CHAMBLESS ENTERPRISES, L.L.C.; APARTMENT ASSOCIATION OF LOUISIANA, INCORPORATED,

*Plaintiffs—Appellants*,

*versus*

ROCHELLE WALENSKY; SHERRI BERGER; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MERRICK GARLAND, U.S. ATTORNEY GENERAL; XAVIER BECERRA, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR DISEASE CONTROL AND PREVENTION,

*Defendants—Appellees*.

———————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:20-CV-1455

———————

ORDER:

IT IS ORDERED that appellants' unopposed motion to dismiss the appeal pursuant to FED. R. APP. P. 42 is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

No. 21-30037

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Sep 21, 2021**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

2